THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TESSA WILSON,** | : |
| Plaintiff, | : |
| v. | : Case No. 2:20-cv-1995 |
| | : Judge Sargus |
| **OHIO LIVING,** | : |
| | : Stipulated Dismissal |
| Defendant. | : |

Plaintiff, Tessa Wilson, and Defendant, Ohio Living, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own expenses, costs, and attorneys' fees.  The Court retains jurisdiction as to the settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ Jan E. Hensel | /s/Rachel Sabo Friedmann |
| Jan E. Hensel (0040785) | Rachel A. Sabo Friedmann (0089226) |
| Jacqueline N. Rau (0089899) | rachel@thefriedmannfirm.com |
| DINSMORE & SHOHL LLP | Peter G. Friedmann (0089293) |
| 191 W. Nationwide Blvd., Suite 300 | pete@thefriedmannfirm.com |
| Columbus, Ohio  43215 | Jamie R. Bailey (0099789) |
| Phone: (614) 628-6880 | jamie@thefriedmannfirm.com |
| Fax: (614) 628-6890 | THE FRIEDMANN FIRM LLC |
| Email: jan.hensel@dinsmore.com | 1457 South High Street |
| Jacqueline.rau@dinsmore.com | Columbus, OH 43207 |
| | Phone: 614.610.9756 |
| *Attorneys for Defendant Ohio Living* | Fax: 614.737.9812 |
| | |
| | *Attorneys for Plaintiff,* |
| | *Tessa Wilson* |